UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO,<br><br>    Plaintiff,<br><br>  v.<br><br>JULIE ANN POIMIROO;<br>JOHN ROBERT POIMIROO;<br>CHUAN-PING CHAO;<br>HSUEH-HUI CHAO; and Does 1-10,<br><br>    Defendants. | Case: 3:13-CV-04623-JCS<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL** |

## ORDER

Having read the foregoing Notice and good cause appearing therefore, this action is hereby ordered dismissed without prejudice.

Dated: March 25, 2014.  

    HONORABLE WILLIAM ALSUP
    UNITED STATES DISTRICT COURT JUDGE